JUL 31 2015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01576-KLM

---

BROWN, BRITTANY,

Plaintiff,

v.

PREMIER ROOFING, LLC, and
BEN MCFERRON, individually,

Defendants.

---

**Acceptance of Service of Complaint**

---

1. I am counsel for the Defendants, Premier Roofing, LLC and Ben McFerron.

2. On the date I execute this document I have received a true and correct copy of the Summons and Complaint and Order Setting Scheduling/Planning Conference in this action.

3. I am authorized to accept service of the above upon Premier Roofing, LLC and Ben McFerron.

Respectfully submitted this 29 day of July, 2015.

HARRY L. SIMON, P.C.

By ______________________
Harry L. Simon #7942
Harry L. Simon, P.C.
Attorney and Counselors at Law
10200 EAST GIRARD AVENUE
Building B, Suite 120
Denver, Colorado 80231
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Jul 29, , 2015 a true and correct copy of the foregoing **ACCEPTANCE OF SERVICE OF COMPLAINT** was served on the following at the address shown and via the method indicated for each:

| | | |
|---|---|---|
| Ian D. Kalmanowitz | (X) | First Class Mail |
| Cornish & Dell'Olio, P.C. | ( ) | Hand Delivery |
| 431 North Cascade Ave. Suite 1 | ( ) | Facsimile |
| Colorado Springs, CO 80903 | ( ) | Overnight Delivery |
| | ( ) | Via Justicelink |
| ikalmanowitz@cornishanddellolio.com | ( ) | E-mail |