IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 15-CV-01576-RBJ

BRITTANY BROWN,

    Plaintiff,

v.

PREMIER ROOFING, LLC, and
BEN MCFERRON,

    Defendants.

---

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

---

Pursuant to the Joint Motion filed by the Parties, the Court GRANTS the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice. ECF No. 30.0 The Parties have resolved the matter and the Settlement Agreement is hereby approved by the Court. Accordingly,

IT IS HEREBY ORDERED that the Settlement Agreement as reflected in the document the parties submitted is APPROVED; and;

IT IS FURTHER ORDERED that this matter is dismissed, with prejudice.

DATED: October 27, 2016.

                                                BY THE COURT:

                                                */s/ Brooke Jackson*

                                                R. Brooke Jackson
                                                District Court Judge